**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** | |
| Plaintiff, | Case No.: EP-26-cv-00995-DCG |
| v. | Hon. Judge David C. Guaderrama |
| **COASTLINE PRODUCTS, LLC, a California Limited Liability Company, and SEMPRIS, LLC, a Delaware Limited Liability Company,** | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SEMPRIS, LLC WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Brandon Callier, appearing pro se, hereby files this Notice of Voluntary Dismissal With Prejudice of his claims against Defendant Sempris, LLC, and states as follows:

1.     Plaintiff hereby voluntarily dismisses, with prejudice, all claims asserted against Defendant Sempris, LLC in this Action.

2.     Defendant Sempris, LLC has not served an answer or a motion for summary judgment in this Action. Accordingly, voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is appropriate without order of the Court.

3.     Upon the filing of this Notice, all claims asserted by Plaintiff against Defendant Sempris, LLC shall be dismissed with prejudice.

4.      Plaintiff's claims against Defendant Coastline Products, LLC are not affected by this Notice and shall remain pending.

5.      Each party shall bear its own attorney's fees and costs in connection with the claims dismissed by this Notice.

Dated: May 12, 2026

Respectfully submitted,

/s/ Brandon Callier

_____

Brandon Callier
Plaintiff, Pro Se
1490 A George Dieter Drive, #174
El Paso, TX 79936
(915) 383-4604
callier74@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth above, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal of Defendant Sempris, LLC With Prejudice to be filed with the Clerk of the Court. Service of this filing on counsel of record for Defendant Coastline Products, LLC will be effected via the Court's CM/ECF system. A courtesy copy will be served on counsel for Defendant Sempris, LLC via electronic mail to legal@sempris.com

/s/ Brandon Callier

_____

Brandon Callier, Pro Se